

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00344-CV

**IN THE INTEREST OF A.A.T., A CHILD**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31,313
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

On August 26, 2016, this court received appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.8 in that the documents contained in the appendix have not been redacted to protect the minor's identity.

We, therefore, **ORDER** that appellant's brief is **STRICKEN**. We further ORDER appellant's attorney to file an amended appellant's brief in compliance with TRAP 9.8 on or before **September 19, 2016**. **NO EXTENSIONS WILL BE GRANTED** given the procedural history of this appeal. If appellant's amended brief is not filed by **September 19, 2016**, we will abate this appeal to the trial court to determine whether new appellate counsel should be appointed. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court